UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOSEPH P. LASALA and
FRED S. ZEIDMAN, as CO-TRUSTEES of
the AREMISSOFT CORPORATION
LIQUIDATING TRUST,

                Plaintiffs,                No. 06 Civ. 6673 (CSH).

                -against-                **MEMORANDUM**

BANK OF CYPRUS PUBLIC COMPANY
LIMITED, d/b/a/ BANK OF CYPRUS and
BANK OF CYPRUS UK,

                Defendant.

----------------------------------------------------------------X

HAIGHT, Senior United States District Judge:

The Court hereby APPROVES the Notice of Withdrawal [Doc. #53] of AREMISSOFT CORPORATION LIQUIDATING TRUST (the "Trust"), by its co-trustees, Joseph P. LaSala and Fred S. Zeidman (the "Trustees"). In light of the Trustees' representation, by and through counsel, that they have reached an agreement on behalf of the Trust with BANK OF CYPRUS PUBLIC COMPANY LIMITED, as set forth in Exhibit A attached to the Notice of Withdrawal [Doc. #53-1], the Court hereby APPROVES the withdrawal of Plaintiffs' Motion for an Order Reopening and Restoring the Action to the Court's Calendar [Doc. #46], without prejudice, and ORDERS the

motion [Doc. #46] removed from the docket.  The Clerk is hereby directed to close the file.

It is SO ORDERED.

Dated: New Haven, Connecticut
September 26, 2011

_____
CHARLES S. HAIGHT, JR.
SENIOR UNITED STATES DISTRICT JUDGE